**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, <br>     Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 24.183.51.58, <br>     Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00205-SLC |
| MALIBU MEDIA, LLC, <br>     Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 71.13.250.95, <br>     Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00207-SLC |
| MALIBU MEDIA, LLC, <br>     Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 71.87.100.125, <br>     Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00208-BBC |
| MALIBU MEDIA, LLC, <br>     Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 98.125.121.178, <br>     Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00209-SLC |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC,<br>    Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | ECF Case |
| JOHN DOE subscriber assigned IP address 24.177.123.74,<br>    Defendant. | )<br>)<br>)<br>) | Civil Action No. 3:13-CV-00315-WMC |
| MALIBU MEDIA, LLC,<br>    Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | ECF Case |
| JOHN DOE subscriber assigned IP address 24.183.92.115,<br>    Defendant. | )<br>)<br>)<br>) | Civil Action No. 3:13-CV-00317-SLC |
| MALIBU MEDIA, LLC,<br>    Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | ECF Case |
| JOHN DOE subscriber assigned IP address 24.196.90.111,<br>    Defendant. | )<br>)<br>)<br>) | Civil Action No. 3:13-CV-00318-BBC |
| MALIBU MEDIA, LLC,<br>    Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | ECF Case |
| JOHN DOE subscriber assigned IP address 66.168.17.59,<br>    Defendant. | )<br>)<br>)<br>) | Civil Action No. 3:13-CV-00319-SLC |
| MALIBU MEDIA, LLC,<br>    Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | ECF Case |
| JOHN DOE subscriber assigned IP address 71.10.117.251,<br>    Defendant. | )<br>)<br>)<br>) | Civil Action No. 3:13-CV-00320-SLC |

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>    Plaintiffs, )<br> )<br>        v. )<br> )<br>JOHN DOE subscriber assigned IP address )<br>71.90.19.244, )<br>    Defendant. ) | ECF Case<br><br>Civil Action No. 3:13-CV-00321-BBC |
| MALIBU MEDIA, LLC, )<br>    Plaintiffs, )<br> )<br>        v. )<br> )<br>JOHN DOE subscriber assigned IP address )<br>97.86.116.18, )<br>    Defendant. )<br> ) | ECF Case<br><br>Civil Action No. 3:13-CV-00322-WMC |

## APPEARANCE OF COUNSEL

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this Court, and I appear in the above-referenced cases as counsel for Amicus Electronic Frontier Foundation.

/s/ Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive, 84FL
Chicago, IL 60606
T: 312-994-2424
F: 312-706-9766
erin@russellfirmchicago.com
IL ARDC No. 6287255